LOUISA E. BOUTELLE and ANNA K. BOUTELLE, as Executrices, etc., of ANNA A. KIMBER, Deceased, Respondents, v. MARGARET DI MENNA, Appellant, Impleaded with Another.— Action to foreclose a mortgage. Order, so far as appealed from, directing that the clerk of Bronx county enter and docket a deficiency judgment in favor of the plaintiffs against defendant-appellant for the amount of $1,064.03,

and that plaintiffs have execution therefor, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.